[No. 15269-3-III.    Division Three.    July 1, 1997.]
TAMI L. PERKINS, *Individually and as Guardian,
Respondent,* v. DARRYL A. OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00552-7, Donald W. Schacht, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.


[No. 15649-4-III.    Division Three.    July 1, 1997.]
*In re the Matter of the Marriage of* ELIZABETH M.
HARRIS, *Appellant,* and BERNARD J. HARRIS,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-3-02254-5, Paul A. Bastine, J., entered March 21, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.


[No. 15145-0-III.    Division Three.    July 3, 1997.]
THE STATE OF WASHINGTON, *Respondent,* v. WALTER
DUANE JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-1-00305-1, Yancey Reser, J., entered July 31, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Brown, J.


[No. 15368-1-III.    Division Three.    July 3, 1997.]
E. NADINE ZIMMERMAN, *Appellant,* v. LLOYD H.
TORGESON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02691-0, Marcus M. Kelly, J., entered November 9, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.